# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1167

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Michael Wayne Mucker, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  July 1, 1998

Filed:  July 7, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Michael Wayne Mucker appeals the sentence imposed after he pleaded guilty to possessing  crack cocaine with intent  to distribute, in  violation of  21 U.S.C. § 841(a)(1) (1994).  We affirm.

Mucker entered into a written plea agreement whereby he agreed to cooperate by providing information and testimony concerning his and others' drug activities and the government agreed to move under 18 U.S.C. § 3553(e) (1994) for a substantial-

assistance departure below the five-year statutory minimum sentence. The agreement contemplated a Guidelines imprisonment range of 46 to 57 months. The district court[1] accepted Mucker's plea, granted the government's section 3553(e) motion, denied Mucker's request for a further departure under U.S. Sentencing Guidelines Manual § 5K1.1, p.s. (1997), and sentenced Mucker to 46 months' imprisonment and four years' supervised release.

Mucker attacks the government's refusal to make a section 5K1.1 departure motion. We agree with the government that Mucker has failed to make a substantial showing that the government's refusal to make such a motion was based upon an unconstitutional motive or that it was irrational. See Wade v. United States, 504 U.S. 181, 185-86 (1992); United States v. Lewis, 3 F.3d 252, 255 (8th Cir. 1993) (per curiam).

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.